O

```
                                              FILED
                                    CLERK, U.S. DISTRICT COURT

                                        FEB I 0 2017

                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    vs.<br><br>Michael Dean Hempfling<br>                              Defendant. | Case No.: SACR94 - 00079 - JVS<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued
by the United States District Court for the ___Central Dist. of CA___,
for alleged violation(s) of the terms and conditions of his/her [probation] [supervised
release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of
Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   (✓) The defendant has not met his/her burden of establishing by clear and
     convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §
     3142(b) or (c).  This finding is based on ___lack of bail___

     ___resources___

1

2

3       and/or

4   B.     (✓) The defendant has not met his/her burden of establishing by clear and

5       convincing evidence that he/she is not likely to pose a danger to the safety of any

6       other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This

7       finding is based on _____

8       _____

9       _____

10      _____

11      _____

12

13          IT THEREFORE IS ORDERED that the defendant be detained pending further

14  revocation proceedings.

15

16  DATED:   2/10/17

17                                          UNITED STATES MAGISTRATE JUDGE

18                                               KAREN E. SCOTT

19

20

21

22

23

24

25

26

27

28